# Supreme Court of Kentucky

2022-SC-0478-DG

WALTER SWYERS                                                          APPELLANT


                          ON REVIEW FROM COURT OF APPEALS
V.                              CASE NO. 2020-CA-0322
                          JEFFERSON CIRCUIT COURT NO. 17-CI-001736



ALLEN FAMILY PARTNERSHIP #1,                                          APPELLEES
LLC, INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF
STATION PLACE LLC, ET AL.

AND


2022-SC-0479-DG

HYSINGER GROUP                                                        APPELLANT


                          ON REVIEW FROM COURT OF APPEALS
V.                              CASE NO. 2020-CA-0322
                          JEFFERSON CIRCUIT COURT NO. 17-CI-001736



ALLEN FAMILY PARTNERSHIP #1,                                          APPELLEES
LLC, INDIVIDUALLY AND
DERIVATIVELY ON BEHALF OF
STATION PLACE, LLC, ET AL.


**ORDER DENYING PETITION FOR REHEARING**

The Petition for Rehearing, filed by Allen Family Partnership #1, LLC, et al., individually and derivatively on behalf of Station Place, LLC, of the Opinion of the Court, rendered March 14, 2024, is DENIED.

VanMeter, C.J.; Bisig, Conley, Lambert, Keller, and Nickell, sitting. All concur. Thompson, J., not sitting.

ENTERED: June 13, 2024.

_____
CHIEF JUSTICE